IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 13 NO.:

LYNDON TROY TREADWAY                                         06-10102-DWH

### ORDER GRANTING MOTION TO DISMISS

THIS MATTER came before the Court on Trustee's Motion to Dismiss (Dkt#102) after notice and opportunity for hearing, and the Court, being fully advised in the premises, does hereby find and Order as follows:

1. No response to the motion was timely filed.

2. Trustee's Motion to Dismiss (Dkt#102) shall be and is hereby sustained.

3. This case shall be and is hereby dismissed.

SO ORDERED this the 16th day of July, 2010.

_____
U. S. BANKRUPTCY JUDGE

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
G. Adam Sanford (MSB 103482)
817 E. River Place
Post Office Box 55829
Jackson, Miss. 39296
(601) 355-6661
ssmith@barkley13.com